

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

MARK MEYER
BAR 15070

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 37933

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt**

| | |
|---|---|
| IN RE:<br><br>NICOLE M. SMITH<br><br>  Debtor | Case No. 14-17464-NVA<br>Chapter 13 |
| NATIONSTAR MORTGAGE, LLC<br>350 Highland Drive<br>Lewisville, TX 75067<br><br>   Movant<br>v.<br><br>ANTHONY CYPHERS<br>NICOLE M. SMITH<br>2017 Reifsnider Road<br>Keymar, MD 21757<br><br>   Respondents | Motion No. |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) and 1301, be and the same is hereby, terminated to enable Nationstar Mortgage, LLC, its

Page 1

successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 2017 Reifsnider Road, Keymar, MD 21757, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.  
    Rosenberg & Associates, LLC  
    7910 Woodmont Avenue, Suite 750  
    Bethesda, Maryland 20814

    Nancy Spencer Grigsby, Trustee  
    P.O. Box 958  
    Bowie, MD 20718

    Anthony Cyphers  
    2017 Reifsnider Road  
    Keymar, MD 21757

    Nicole M. Smith  
    2017 Reifsnider Road  
    Keymar, MD 21757

**End of Order**

MARK MEYER  
BAR 15070  

ROSENBERG &  
ASSOCIATES, LLC  
7910 WOODMONT AVENUE  
SUITE 750  
BETHESDA, MARYLAND 20814  
301-907-8000  

FILE NUMBER: 37933