# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 2/2/15

In re:   Case No.:   14–17464 NVA     Chapter:   13

Nicole M Smith
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   52 – Submission for Record: Deed, Allonge to This Deed by Nicole M Smith. (Smith, Denise)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 2/17/15.**

CURE:   The case was Dismissed on December 18, 2014. File the appropriate pleading for a Dismissed Case.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith  410–962–4414

cc:   Debtor(s)
Attorney for Debtor(s) – ATTORNEY NOT ENTERED IN THE CASE

Form defntc (11/2013)