Entered: February 24, 2015
Signed:  February 24, 2015

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  14–17464 – NVA   Chapter:  13

Nicole M Smith
2017 Reifsnider Road
Keymar, MD 21757

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:  Nancy Spencer Grigsby
     4201 Mitchellville Road
     Suite 401
     Bowie, MD 20716

**odsctr** – *dsmith*

**End of Order**